UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────X

THE ANNUITY AND HEALTH & WELFARE FUNDS
OF THE UNITED FOOD & COMMERCIAL WORKERS
LOCAL 2013, AFL-CIO BY THEIR TRUSTEES LOUIS
MARK CAROTENUTO and STANLEY FLEISHMAN,

                              Plaintiffs,

-against-

HARBOR VIEW SENIOR LIVING RESIDENCE, LLC
d/b/a HARBOR VIEW ASSISTED LIVING FOR
SENIORS,

                              Defendant.
───────────────────────────────X

**NOTICE & ORDER OF VOLUNTARY DISMISSAL**

CV-20-00019 (ENV) (VMS)

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs THE ANNUITY AND HEALTH & WELFARE FUNDS OF THE UNITED FOOD & COMMERCIAL WORKERS LOCAL 2013, AFL-CIO, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed against Defendant HARBOR VIEW SENIOR LIVING RESIDENCE, LLC d/b/a HARBOR VIEW ASSISTED LIVING FOR SENIORS.

Dated:  Tarrytown, New York
         January 9, 2020

Respectfully submitted,

BRADY McGUIRE & STEINBERG, P.C.

By:   /s/ *James M. Steinberg, Esq.*

_____
James M. Steinberg, Esq.
Attorneys for Plaintiffs
303 South Broadway, Suite 234
Tarrytown, New York 10591
(914) 478-4293

To:   David L. Weissman, Esq.
       Eckert Seamens Cherin & Mellott, LLC
       Attorneys for Defendant
       10 Bank Street, Suite 700
       White Plains, New York 10606
       (914) 286-2827

**SO ORDERED:**

_____
**The Honorable Eric N. Vitaliano, U.S.D.J.**