UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE ANNUITY AND HEALTH & WELFARE FUNDS
OF THE UNITED FOOD & COMMERCIAL WORKERS
LOCAL 2013, AFL-CIO BY THEIR TRUSTEES LOUIS
MARK CAROTENUTO and STANLEY FLEISHMAN,

NOTICE & ORDER OF
VOLUNTARY DISMISSAL

         Plaintiffs,

CV-20-00019 (ENV) (VMS)

 -against-

HARBOR VIEW SENIOR LIVING RESIDENCE, LLC
d/b/a HARBOR VIEW ASSISTED LIVING FOR
SENIORS,

         Defendant.
-------------------------------------------------------------X

 Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs THE ANNUITY AND HEALTH & WELFARE FUNDS OF THE UNITED FOOD & COMMERCIAL WORKERS LOCAL 2013, AFL-CIO, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed against Defendant HARBOR VIEW SENIOR LIVING RESIDENCE, LLC d/b/a HARBOR VIEW ASSISTED LIVING FOR SENIORS.

Dated: Tarrytown, New York
   January 9, 2020

         Respectfully submitted,

         BRADY McGUIRE & STEINBERG, P.C.

      By: /s/ James M. Steinberg, Esq.
         _____
         James M. Steinberg, Esq.
         Attorneys for Plaintiffs
         303 South Broadway, Suite 234
         Tarrytown, New York 10591
         (914) 478-4293

To: David L. Weissman, Esq.
   Eckert Seamens Cherin & Mellott, LLC
   Attorneys for Defendant
   10 Bank Street, Suite 700
   White Plains, New York 10606
   (914) 286-2827

The Clerk is directed to close the case.

SO ORDERED:

s/ Eric N. Vitaliano
_____
The Honorable Eric N. Vitaliano, U.S.D.J.

1/9/20